421 A.2d 214

In re Adoption of Peggy Sue CUMMINGS.

Appeal of Sammy Lou CUMMINGS.

Supreme Court of Pennsylvania.

Argued Sept. 30, 1980.

Decided Nov. 3, 1980.

Vincent J. Roskovensky, II, Uniontown, court–appointed, for appellant.

Mary Warman Terry, Uniontown, for Children & Youth Services.

John E. Hemington, Uniontown, for Peggy Sue Cummings.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

The Decree of the Court of Common Pleas of Fayette County is affirmed. Each party is to pay own costs.